### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge William J. Martínez

Criminal Case No. 14-cr-0060-WJM-2

UNITED STATES OF AMERICA

    Plaintiff,

v.

**2.   TAMMY C. FRANK**

    Defendant.

---

### ORDER GRANTING CJA MOTION FOR TRAVEL

---

This matter comes before the Court on the Defense Counsel Marna Lake's Motion for Travel, filed November 26, 2014 (ECF No. 72).  The Court has reviewed the Motion and being fully advised hereby ORDERS as follows:

The Defense Counsel's Motion is GRANTED.  Ms. Marna Lake is permitted to file a request for reimbursement pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, which seeks reimbursement for airline travel expenses incurred as a result of the December 12, 2014 Change of Plea Hearing for Defendant Tammy C. Frank.

Dated this 26th day of November, 2014.

BY THE COURT:

_____
William J. Martínez
United States District Judge