**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
Judge William J. Martínez

Criminal Action No. 14-cr-60-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2.  TAMMY C. FRANK,

      Defendant.

---

**STIPULATION AND ORDER REGARDING**
**CUSTODY OF EXHIBITS**

---

IT IS STIPULATED AND ORDERED that counsel for the parties shall retain custody of their respective original exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated, plus sixty days.

DATED at Denver, Colorado this __11__ day of March 2015.

BY THE COURT:

_____
William J. Martínez, Judge


_____              _____
        n/a                          Attorney for Defendant
Attorney for Plaintiff